UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-60245-CIV-SINGHAL

ANSLEY BLANCO and ROBERT SEIDE,

     Plaintiffs,

v.

POLLACK & ROSEN, P.A.,

     Defendant.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court on the parties' Notice of Pending Settlement (DE [25]), filed May 22, 2020.  The Court having carefully reviewed the file, and being otherwise duly informed therein, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **sixty (60) days** of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3.  The Clerk of Court shall **CLOSE** this case for administrative purposes only.

4.  Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 26th day of

May 2020.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF